MICHAEL L. TRACY, ESQ. (SBN 237779)
MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
LAW OFFICES OF MICHAEL L. TRACY
2030 Main Street, Suite 1300
Irvine, CA 92614
mhutchins@michaeltracylaw.com
T: (949) 260-9171
F: (866) 365-3051

Attorneys for Plaintiff BRIAN GULYAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GULYAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>XL MANAGEMENT COMPANY LLC D.B.A. HAWTHORN RETIREMENT GROUP, A WASHINGTON LIMITED LIABILITY COMPANY; DAVID BRADLEY, AN INDIVIDUAL; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C09-02371 EMC<br><br>**STIPULATION OF DISMISSAL**<br>ORDER<br><br>Complaint Filed: May 28, 2009<br>Trial Date: None |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiffs BRIAN GULYAS and all Defendants who have appeared in this action, as follows:

1. This action was commenced on May 28, 2009.

2. The action is not a class action; a receiver has not been appointed and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

///

3. This action is hereby dismissed, in its entirety, with prejudice.

DATED: June 17, 2009          LAW OFFICES OF MICHAEL L. TRACY

                              By: _____
                                  MEGAN ROSS HUTCHINS, Attorney for
                                  Plaintiffs BRIAN GULYAS

DATED: June 23, 2009          SEYFARTH SHAW LLP

                              By: _____
                                  CASSANDRA H. CARROLL, Attorney for
                                  Defendants

IT IS SO ORDERED:

_____
EDWARD M. CHEN
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

-2-
STIPULATION OF DISMISSAL